UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCOTT CHUBB,<br>　　　　Plaintiff,<br><br>　　　v.<br><br>ANDREW M. SAUL, *COMMISSIONER*<br>*OF SOCIAL SECURITY ADMINISTRATION*,<br>　　　　Defendant. | :<br>:<br>:<br>:　5:20-cv-00833<br>:<br>:<br>:<br>:<br>: |

## O R D E R

**AND NOW**, this 5th day of January, 2022, for the reasons set forth in the Opinion issued this date and upon consideration of Plaintiff's Complaint, ECF No. 2, Plaintiff's Brief and Statement of Issues in Support of Request for Review, ECF No. 23, Defendant's Response to Request for Review, ECF No. 24, and Plaintiff's Reply, ECF No. 25, and after de novo review of the Report and Recommendation ("R&R"), ECF No. 28, Plaintiff's Objections to the R&R, ECF Nos. 29 and 31, Defendant's Objections to the R&R, ECF No. 30, and the complete Administrative Record, ECF Nos. 20-22,  **IT IS ORDERED THAT**:

　　　　1.　　Defendant's objections to the Report and Recommendation, ECF No. 30, are **SUSTAINED.**

　　　　2.　　Plaintiff's objections to the Report and Recommendation, ECF Nos. 29 and 31, are **OVERRULED**.

　　　　3.　　The Report and Recommendation, ECF No. 28, is **ADOPTED IN PART**.

　　　　4.　　Plaintiff's Request for Review, ECF No. 23, is **DENIED**.

　　　　5.　　The final order of the Commissioner of Social Security is **AFFIRMED**.

　　　　6.　　This case is **CLOSED**.

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　　　*/s/ Joseph F. Leeson, Jr.*_____
　　　　　　　　　　　　　　　　　　　　　　JOSEPH F. LEESON, JR.
　　　　　　　　　　　　　　　　　　　　　　United States District Judge